Jerome Carlton WHITE, Petitioner–
Appellant,

v.

Michael MCCALL, Respondent–
Appellee.

No. 15–6600.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 28, 2015.

Jerome Carlton White, Appellant Pro
Se. Donald John Zelenka, Senior Assistant
Attorney General, Kaycie Smith Timmons,
Assistant Attorney General, Columbia,
South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerome Carlton White seeks to appeal
the district court's order accepting the rec-
ommendation of the magistrate judge and
dismissing as untimely his 28 U.S.C.
§ 2254 (2012) petition. The order is not
appealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1)(A) (2012). A certifi-
cate of appealability will not issue absent
"a substantial showing of the denial of a
constitutional right." 28 U.S.C.

§ 2253(c)(2) (2012). When the district
court denies relief on the merits, a prison-
er satisfies this standard by demonstrating
that reasonable jurists would find that the
district court's assessment of the constitu-
tional claims is debatable or wrong. *Slack
v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct.
1595, 146 L.Ed.2d 542 (2000); *see Miller–
El v. Cockrell,* 537 U.S. 322, 336–38, 123
S.Ct. 1029, 154 L.Ed.2d 931 (2003). When
the district court denies relief on procedur-
al grounds, the prisoner must demonstrate
both that the dispositive procedural ruling
is debatable, and that the petition states a
debatable claim of the denial of a constitu-
tional right. *Slack,* 529 U.S. at 484–85,
120 S.Ct. 1595.

We have independently reviewed the
record and conclude that White has not
made the requisite showing. Accordingly,
we deny White's motion for a certificate of
appealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this
court and argument would not aid the
decisional process.

*DISMISSED.*